FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2023

SEAN F. McAVOY, CLERK

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

Name of U.S. District Court: Eastern District of Washington

U.S. District Court case number: 2:22-cv-00201-TOR

Date case was first filed in U.S. District Court: 09/15/2022

Date of judgment or order you are appealing: June 22, 2023

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Shawnna Montes, on behalf of herself and all others similarly situated

Is this a cross-appeal?   ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

11711 SE 8th Street, Suite 120

City: Bellevue   State: WA   Zip Code: 98005

Prisoner Inmate or A Number (if applicable):

**Signature**: /s/ Che Corrington   **Date**: Jul 20, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Shawnna Montes, on behalf of herself and all others similarly situated

Name(s) of counsel (if any):

Daniel M. Hattis, Esq., of Hattis & Lukacs
Paul Karl Lukacs, Esq., of Hattis & Lukacs
Che Corrington, Esq., of Hattis & Lukacs

Address: 11711 SE 8th Street, Suite 120, Bellevue, WA 98005

Telephone number(s): (425) 233-8650

Email(s): dan@hattislaw.com; pkl@hattislaw.com; che@hattislaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

SPARC Group LLC

Name(s) of counsel (if any):

Stephanie A. Sheridan, Esq., of Benesch, Friedlander, Coplan & Aronoff LLP
Meegan B. Brooks, Esq. of Benesch, Friedlander, Coplan & Aronoff LLP

Address: 100 Pine Street, Suite 3100 San Francisco, California 94111

Telephone number(s): (628) 600-2250

Email(s): ssheridan@beneschlaw.com; mbrooks@beneschlaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                              1                                *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Shawnna Montes, on behalf of herself and all others similarly situated

Name(s) of counsel (if any):
Stephen P. DeNittis, Esq., of DeNittis Osefchen Prince, P.C.

Address: 5 Greentree Centre, Ste 410, 525 Route 73 N., Marlton, NJ 08057
Telephone number(s): (856) 797-9951
Email(s): SDenittis@Denittislaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ☉ Yes   ○ No

**Appellees**

Name(s) of party/parties:
SPARC Group LLC

Name(s) of counsel (if any):
Farron Curry, Esq., of Schwabe, Williamson & Wyatt, P.C.

Address: 1420 5th Avenue, Suite 3400, Seattle, WA 98101-4010
Telephone number(s): (206) 622-1711
Email(s): fcurry@schwabe.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                2                              *New 12/01/2018*