UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 26 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHAWNNA MONTES, on behalf of herself and all others similarly situated, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> SPARC GROUP, LLC, <br><br> Defendant-Appellee. | No. 23-35496 <br><br> D.C. No. 2:22-cv-00201-TOR <br> Eastern District of Washington, Spokane <br><br> ORDER |

Before: S.R. THOMAS, WARDLAW, and COLLINS, Circuit Judges.

On May 9, 2025, we certified the following question to the Supreme Court

of Washington:

> When a seller advertises a product's price, coupled with a misrepresentation about the product's discounted price, comparative price, or price history, does a consumer who purchases the product because of the misrepresentation suffer an "injur[y] in his or her business or property" under Wash. Rev. Code §§ 19.86.020 and 19.86.090 if the consumer pays the advertised price?

*See Montes v. SPARC Group, LLC*, 136 F.4th 1168 (9th Cir. 2025). On April 2,

2026, the Supreme Court of Washington issued an opinion in response to our

certified question. *See Montes v. SPARC Group, LLC*, 586 P.3d 999 (Wash. 2026).

The opinion became final on April 22, 2026, and the Supreme Court of

Washington issued a Certificate of Finality to our Court on April 23, 2026. *See*

*Montes v. SPARC Group, LLC*, No. 23-35496, Dkt. No. 57.

Accordingly, within 45 days of the date of this order, the parties shall submit supplemental briefs, not to exceed 5,600 words, addressing the impact of the Supreme Court of Washington's decision on this case.

**IT IS SO ORDERED.**